# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODNEY ALLEN BELT,

    Defendant.

Case No. 2:98-CR-0018-KJD-RJJ
          2:98-CR-0360-KJD-RJJ

**ORDER**

      Presently before the Court is Defendant's Motion to Waive Interest on Restitution (#16) filed in Case No. 2:98-CR-0360-KJD-RJJ. The Government filed a response in opposition (#30) in Case No. 2:98-CR-0018-KJD-RJJ.

      Defendant was found guilty of bank robbery in the District of Nevada on or about January 22, 1999 and was sentenced to serve 157-months in custody followed by a 60-month term of supervised release. He was also ordered to pay $13,605.00 in restitution. As of April 11, 2012, Defendant had paid $4,970.15 in restitution. It appears undisputed that Defendant has complied completely with the court ordered payment plan. With the statutorily required interest, through April 11, 2012, the balance of restitution owed on the instant federal criminal case is $16,078.13.

On March 29, 2012, Defendant moved the Court to reduce or waive the interest on the restitution.[1] Defendant has acquired and maintained stable employment since his release from custody. He is attempting to improve his earning capacity through vocational education. He is attempting to meet his child support obligation to his son in the State of California at approximately $970.00/month. Further, he has married and has had a daughter since his release. If Defendant continues to pay interest on the restitution, he will be stuck on an endless treadmill, barely meeting continuing interest obligations and failing to reduce the principal. The Court finds clear evidence demonstrates that Defendant does not have now or in the forseeable future the ability to pay interest on the restitution. Therefore, the Court waives the past and future interest on the restitution ordered as a part of Defendant's sentence.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Waive Interest on Restitution (#16) is **GRANTED**.

DATED this 11th day of October 2013.

_____
Kent J. Dawson
United States District Judge

---

[1] Though some discussion in the briefing appears to assert that Defendant has moved the Court to waive or reduce the principal of the restitution, it is clear that Defendant is only asking the Court to waive or reduce the amount of interest.

2